# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

WILLIAM HARVEY RICE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1237

_____

October 1, 2025

Appeal pursuant to Fla. R. App. P. 9.1410(b)(2) from the Circuit Court for Pinellas County; Joseph Bulone, Judge.

PER CURIAM.

Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.